# In The United States Court of Federal Claims

05 - 677C

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Mullica West Limited, Park Terrace Limited, Park Terrace East Limited, and Tamerlane, Limited

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] H. Robert Fiebach

Firm Name: Cozen O'Connor

Post Office Box:

Street Address: 1900 Market Street

City-State-Zip: Philadelphia, PA 19103

Telephone & Facsimile Numbers: Tel: (215) 665-4166 Fax: (215) 665-2013

E-mail address: rfiebach@cozen.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

The lawsuit relates to loans that the United States of America made to each plaintiff to provide housing for low/moderate-income persons.

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** Not Applicable

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

**See Notice of Related Case** May 6, 2005