# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

TAMERLANE, LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

and

PARK TERRACE LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

PARK TERRACE EAST LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

MULLICA WEST LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

FILED
JUN 22 2005
U.S. COURT OF
FEDERAL CLAIMS

05-677

## NOTICE OF DIRECTLY-RELATED CASE

Plaintiffs, Tamerlane, Limited, Park Terrace Limited, Park Terrace East Limited, and Mullica West Limited, hereby give notice pursuant to Court of Federal Claims Rule 40.2(a) that this case is directly related to the cases captioned, Franconia Associates, et al. v. United States, Nos. 97-381c, 97-3812c to 97-38129c, in that it shares an "identity of subject matter that, for the sake of consistency in outcome, warrant[s]" its assignment to the same judge.

Respectfully submitted,

COZEN O'CONNOR

David M. Doret

H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013
Attorneys for Plaintiffs,
Tamerlane, Limited, Park Terrace Limited, Park Terrace East Limited and Mullica West Limited

Dated: June 21, 2005