IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TAMERLANE LIMITED, A LIMITED PARTNERSHIP, and PARK TERRACE LIMITED, A LIMITED PARTNERSHIP, and PARK TERRACE EAST LIMITED, A LIMITED PARTNERSHIP, and MULLICA WEST LIMITED, A LIMITED PARTNERSHIP, Plaintiffs, | |
| v. | Case No. 05-677C (Judge Allegra) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Shalom Brilliant

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Dated: July 22, 2005

CERTIFICATE OF FILING

I hereby certify that on July 22, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant