# In The United States Court of Federal Claims

No. 05-677C

(Filed: August 2, 2005)

---

TAMERLANE LIMITED, ET AL,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 22, 2005, plaintiffs filed their complaint and notice of directly-related case to *Franconia Associates, et. al. v. United States*, Nos. 97-831C, 97-3812C to 97-38129C. Upon review, this case does not meet the requirements of RCFC 40.2 for a directly-related case. This case is hereby returned to the Clerk for reassignment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge