# In the United States Court of Federal Claims

**No. 05-677C**

**TAMERLANE LIMITED, ET AL.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Christine O.C. Miller**

Pursuant to Rule 40.1(c) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**