**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

TAMERLANE, LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

and

PARK TERRACE LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

PARK TERRACE EAST LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

MULLICA WEST LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

1:05 cv 00677 CCM

**SUPPLEMENT OF PLAINTIFFS TO JOINT PRELIMINARY STATUS REPORT**

Paragraph 4(g) of the Joint Preliminary Status Report, in the event that Defendant disputes liability on the underlying claim, Plaintiffs contemplate a Motion for Partial Summary Judgment as to liability based on the applicability of Franconia Associates v. United States, 61 Fed. Cl. 718 (2004).

Respectfully submitted,

COZEN O'CONNOR

/s/ H. Robert Fiebach
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs,
Tamerlane, Limited, Park Terrace Limited, Park Terrace East Limited and Mullica West Limited

Dated: November 15, 2005

PHILA1\2381437\1 164980.000