# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LTD., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES,** | * | (Filed Nov. 18, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Preliminary Status Report filed on November 9, 2005, as supplemented by plaintiffs on November 15, 2005,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by January 31, 2006, proposing a schedule for filing dispositive motions, if by that date they have not filed a joint motion for stay of this action pending their efforts to resolve it, as stated in ¶ 4(d) of their Joint Preliminary Status Report.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge