**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

TAMERLANE, LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

and

PARK TERRACE LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

PARK TERRACE EAST LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

MULLICA WEST LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 05-677C
(Judge Christine O.C. Miller)

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

Pursuant to Rules 1 and 7(b) of the Rules of the United States Court of Federal Claims, plaintiffs and defendant respectfully request that the Court stay further proceedings in

this matter, to enable the parties to this action to explore the possibility of an amicable resolution of the claims asserted.

This case is one of approximately 150 related suits filed in this Court since August 6, 2004. A number of judges of this Court have been assigned one or more of these cases. Numerous of these cases have since been referred to the Court's Alternative Dispute Resolution ("ADR") pilot program, and virtually all of the remaining cases have been stayed at the request of the parties in order to explore an amicable resolution of the claims.

Except for the present case, which involves four claimants represented by the same counsel, the parties in these cases are represented by the same counsel, and the factual allegations and legal issues involved in these cases are similar. Generally, the plaintiffs in these cases allege that they are owners of rural low-income rental apartment projects who entered into loan agreements with the Farmers Home Administration, United States Department of Agriculture, pursuant to section 515 and 521 of the Housing Act of 1949 (42 U.S.C. §§ 1485, 1490a (1994)), and that the Government has breached these agreements and/or has taken the plaintiffs' property without just compensation as a result of the enactment of the Emergency Low Income Housing Preservation Act of 1987, Pub. L. No. 100-242, Title 11, 101 Stat. 1877 (1988) (codified at 12 U.S.C. § 17151 note (1994)), and the Housing and Community Development Act of 1992, Pub. L. No. 102-550, 106 Stat. 3672 (1992) (codified at 42 U.S.C. § 1472(c) (1994)).

The parties to this action desire to explore the possibility of an amicable resolution of the claims in this proceeding. As part of this effort, the parties are also engaged in discussions and the exchange of documents and information relating to those claims. The parties to this proceeding believe that the pending ADR effort in other cases may provide a pattern or template not only for the related cases but for this one as well, although the

plaintiffs to this proceeding are also prepared to engage in settlement discussions independent of the ADR process taking place in the ADR cases.

The reasons that have justified staying the previously-filed cases are equally applicable to this case. A stay of this case would avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the parties and the Court. The parties have requested or will request such a stay not only in this case, but also in many if not all of the other similar cases. For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case, until 30 days from notice by either party that settlement discussions are no longer fruitful and the stay of this litigation should be lifted.

Respectfully submitted,

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs,
Tamerlane, Limited, Park Terrace Limited,
Park Terrace East Limited and Mullica West
Limited

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

Dated: December 28, 2005

PHILA1\2390074\2 164980.000