# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LTD., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES,** | * | (Filed Jan. 3, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Motion for a Stay of Proceedings filed on December 28, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed pending further order of the court.

2. The parties shall file a Joint Status Report in the above cases by March 16, 2006, stating with particularity the status of ADR in the related cases before Judge Horn.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge