**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TAMERLANE, LIMITED,<br>a limited partnership,<br>704 G East Main Street<br>Moorestown, New Jersey 08057<br><br>and<br><br>PARK TERRACE LIMITED,<br>a limited partnership,<br>P.O. Box #264<br>511 Grove Ave.<br>Mohnton, PA 19540<br><br>and<br><br>PARK TERRACE EAST LIMITED,<br>a limited partnership,<br>P.O. Box #264<br>511 Grove Ave.<br>Mohnton, PA 19540<br><br>and<br><br>MULLICA WEST LIMITED,<br>a limited partnership,<br>704 G East Main Street<br>Moorestown, New Jersey 08057<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-677C<br>(Judge Christine O.C. Miller) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated January 3, 2006, the parties jointly submit this status report concerning the status of their efforts to amicably resolve the disputes in this action.

Several lengthy telephone conversations between counsel have taken place concerning the issues in the case. As a result of the most recent telephone conversation on March 14, 2006, counsel have scheduled a face-to-face meeting in Washington, D.C. for April 10, 2006 for each side to present its views on the case and discuss the potential parameters in which they believe the dispute might be resolved. It is anticipated that economic experts may either attend that meeting or a subsequent meeting to follow up on the initial meeting.

As to the ADR proceedings before Judge Horn, counsel for the parties in the ADR proceedings have held numerous conferences and meetings over the past two months in an attempt to reach final agreement on various settlement terms. These discussions have included lengthy face-to-face meetings held on January 17, 2006, and March 1, 2006, in Washington, D.C. as well as numerous, and at times daily, telephonic conferences and document exchanges throughout this time period. Counsel for the parties in the ADR proceedings also held in-person conferences with Judge Horn on January 18, 2006, February 13, 2006, and March 6, 2006. Additionally, counsel for plaintiffs in the ADR proceedings provided the Government with a draft settlement agreement, and the parties are in the process of discussing and revising these terms contained in the draft with the goal of preparing a final settlement agreement that would encompass potentially the claims of more than 600 plaintiffs in more than 230 related cases pending before the Court. The parties are also in the process of drafting numerous other documents that would encompass the terms of their agreement.

The plaintiffs in this case are not represented by the same attorneys as the plaintiffs involved in the ADR proceedings, and, to date, the claims in this case have not been part of the addressed in the ADR proceedings. However, as noted in the Joint Motion for a Stay of Proceedings filed by the parties in this case on December 28, 2005, the parties in this case believe that the ADR may provide a pattern or template not only for the related cases but for this

one as well. Meanwhile, counsel for the parties in this case have engaged in preliminary discussions concerning settlement reported in the second paragraph of this joint memorandum.

Respectfully submitted,

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs,
Tamerlane, Limited, Park Terrace Limited, Park Terrace East Limited and Mullica West Limited

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**
**With the consent of the**
**Attorneys for Defendant**

Dated: March 15, 2006

PHILA1\2450224\1