# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LTD., *et al.*,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed Mar. 17, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Joint Status Report filed on March 15, 2006, summarized the parties' progress in reaching an amicable resolution to the cases before Judge Horn as ADR judge and to importing their efforts in this case. Accordingly,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report by August 17, 2006, stating with particularity the status of ADR in the above cases. The court is pleased to hear that some progress has been made.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge