# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LIMITED,** ***et al.***, | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES**, | * | (Filed Nov. 15, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant filed on October 10, 2006, Defendant's Motion To Lift Stay for Purpose of Allowing Filing and Adjudication of Dispositive Motion. Plaintiffs opposed on October 26, 2006, and defendant replied on November 9, 2006. After review of the briefs, the court deems that the jurisdictional issues only should be addressed. Accordingly,

**IT IS ORDERED**, as follows:

The stay in this matter is lifted for all purposes, and defendant shall file its dispositive motion by November 30, 2006.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge