# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, *et al.*,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES**, * (Filed Jan. 5, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Argument on defendant's motion for judgment on the pleadings shall be held at 2:00 p.m. on Friday, January 19, 2007, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiffs shall notify the court at 202/357-6620 by January 15, 2007, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge