# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LIMITED, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES**, | * | (Filed Jan. 8, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

At the request of defense counsel, to which plaintiff's counsel has agreed, the oral argument that was scheduled for Friday, January 19, 2007, at 2 p.m. has been rescheduled to Thursday, January 25, 2007 at 3 p.m.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge