# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LTD., *et al.*,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed April 25, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

At the close of oral argument for Defendant's Motion For Judgment on the Pleadings, Dismissing the Claims of Park Terrace Limited and Mullica West Limited held on January 25, 2007, the court indicated that it would not issue an opinion for ninety days to allow the parties an opportunity to discuss settlement. See Tr. at 48, 52. Accordingly,

**IT IS ORDERED**, as follows:

As the parties recently have indicated that a settlement of plaintiffs' claims is not going to occur at this time, the court will issue its opinion as soon as possible.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge