IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAMERLANE, LIMITED, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-677C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including June 5, 2006, within which to file the supplemental brief required by the Court's Memorandum Order and Opinion of May 18, 2007. The Order requires the defendant to file its supplemental brief by May 29, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

Government counsel is scheduled to be on leave May 23 and 24, 2007, in observance of the Jewish religious holiday of Shavuot, and was also planning to be on leave on May 29, 2007. May 28, 2007, is Memorial Day. This schedule would leave Government counsel with only three business days within which to prepare and file the Government's supplemental brief. Government counsel requires additional time within which to review the analysis contained in the Opinion, prepare a supplemental brief that takes this analysis into account, and obtain the necessary review within the Department of Justice. To ensure that no party is prejudiced by this requested enlargement of time, the dates specified in the Order for filing a supplemental response and supplemental reply should likewise be postponed by seven days.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

May 21, 2007