# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LIMITED, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES**, | * | (Filed May 22, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion filed on May 21, 2007, for an enlargement of time is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 2 of the order entered on May 18, 2007, is modified insofar as defendant's supplemental brief shall be filed by June 5, 2007.

2. Paragraph 3 of the order entered on May 18, 2007, is modified insofar as plaintiffs' supplemental response shall be filed by June 15, 2007.

3. Paragraph 2 of the order entered on May 18, 2007, is modified insofar as defendant's supplemental reply shall be filed by June 25, 2007.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge