**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

TAMERLANE, LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

and

PARK TERRACE LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

PARK TERRACE EAST LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

MULLICA WEST LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 05-677C
(Judge Christine O.C. Miller)

**DOCUMENTS FILED BY PLAINTIFFS, PARK TERRACE LIMITED AND MULLICA WEST LIMITED,**
**PURSUANT TO ORDER OF COURT DATED MAY 18, 2007**

Pursuant to the Order of the Court dated May 18, 2007, plaintiffs, Park Terrace Limited and Mullica West Limited, hereby electronically file a copy of the following documents previously provided to the Court on April 17, 2007:

1. Park Terrace Limited (1978):
   - A. Promissory Note ($850,000)
   - B. Promissory Note ($125,000)
   - C. Real Estate Mortgage
   - D. Loan Agreement
   - E. Security Agreement
2. Park Terrace Limited (1993):
   - A. Promissory Note
   - B. Real Estate Mortgage
   - C. Loan Agreement
   - D. Security Agreement
3. Mullica West Limited (1977):
   - A. Promissory Note ($1,809,050)
   - B. Promissory Note ($1,300,000)
   - C. Real Estate Mortgage ($1,809,050)
   - D. Loan Agreement ($1,300,000)
   - E. Security Agreement ($1,809,050)
   - F. Security Agreement ($1,300,000)
4. Mullica West Limited (1991):
   - A. Loan Agreement

B. Security Agreement

C. Real Estate Mortgage

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs

**Filed Electronically**

Dated: May 22, 2007

PHILADELPHIA\3174668\1 164980.000