**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TAMERLANE, LIMITED,<br>a limited partnership,<br>704 G East Main Street<br>Moorestown, New Jersey 08057<br><br>and<br><br>PARK TERRACE LIMITED,<br>a limited partnership,<br>P.O. Box #264<br>511 Grove Ave.<br>Mohnton, PA 19540<br><br>and<br><br>PARK TERRACE EAST LIMITED,<br>a limited partnership,<br>P.O. Box #264<br>511 Grove Ave.<br>Mohnton, PA 19540<br><br>and<br><br>MULLICA WEST LIMITED,<br>a limited partnership,<br>704 G East Main Street<br>Moorestown, New Jersey 08057<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-677C<br>(Judge Christine O.C. Miller) |

**DOCUMENTS FILED BY PLAINTIFFS, PARK TERRACE LIMITED AND MULLICA WEST LIMITED, PURSUANT TO ORDER OF COURT DATED MAY 18, 2007 (CORRECTED SCHEDULE)**

Pursuant to the Order of the Court dated May 18, 2007, plaintiffs, Park Terrace Limited and Mullica West Limited, hereby electronically file a copy of the following documents previously provided to the Court on April 17, 2007:

1. Park Terrace Limited (1978):

   A. Promissory Note ($850,000)

   B. Promissory Note ($125,000)

   C. Real Estate Mortgage

   D. Loan Agreement

   E. Security Agreement

2. Park Terrace Limited (1993):

   A. Promissory Note

   B. Real Estate Mortgage

   C. Loan Agreement

   D. Security Agreement

3. Mullica West Limited (1977):

   A. Promissory Note ($1,809,050)

   B. Promissory Note ($1,300,000)

   C. Real Estate Mortgage ($1,809,050)

   D. Real Estate Mortgage ($1,300,000)

   E. Loan Agreement ($1,809,050

   F. Loan Agreement ($1,300,000)

   G. Security Agreement ($1,809,050)

   H. Security Agreement ($1,300,000)

4. Mullica West Limited (1991):

   A. Loan Agreement

   B. Security Agreement

   C. Real Estate Mortgage

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs

**Filed Electronically**

Dated: May 22, 2007

PHILADELPHIA\3174668\1 164980.000