# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LTD., et al.,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed June 7, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs filed on June 6, 2007, their Motion of Plaintiffs, Park Terrace Limited and Mullica West Limited, To Strike, in Part, Defendant's Supplemental Brief in Support of Dismissal for Violation of Order Dated May 18, 2007, filed on June 5, 2007. Pursuant to RCFC 7.2(a), the court determines that it will address plaintiffs' issue in its supplemental opinion.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge