# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, *et al.*,** *
Plaintiffs, *
v. * No. 05-677C
**THE UNITED STATES,** * (Filed June 15, 2007)
Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In connection with their Supplemental Memorandum of Plaintiffs, Park Terrace Limited and Mullica West Limited, in Opposition to Defendant's Motion To Dismiss filed this date, plaintiffs have requested that the court allow discovery in aid of opposing summary judgment. See Declaration of Bart J. Axelrod Pursuant to RCFC 56(f) filed this date. Pursuant to RCFC 7.2(a), the court determines that briefing shall be expedited. Accordingly,

**IT IS ORDERED**, as follows:

Defendant shall file its response by June 20, 2007. The court will rule without a reply.

s/ Christine O.C. Miller
______________________________
**Christine Odell Cook Miller**
Judge