# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, *et al.*,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed June 25, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the order entered on June 15, 2007, requiring defendant to respond to plaintiffs' request for discovery in aid of summary judgment pursuant to RFC 56(f), defendant filed on June 20, 2007, Defendant's Response to Plaintiffs' Request That the Court Allow Discovery in Aid of Opposing Summary Judgment. Defendant and plaintiffs join issue on one point: The court will rely on transactional documents in ruling on defendant's dispositive motion relative to the extension period. Not only would it be error, but the record would be ill-served if the court were to confine its review to these documents without allowing plaintiffs the opportunity to develop the background facts concerning the successor agreement. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiffs may engage in documentary discovery until August 20, 2007, limited to the remaining transaction.

2. By August 15, 2007, the parties shall file a Joint Status Report on the progress made in documentary discovery. Plaintiffs shall request, and substantiate the need therefor, any deposition discovery limited to the remaining transaction, which shall be completed within a period not to exceed thirty days after an order enters on any such request. Defendant shall state its views on any such discovery request.

3. Paragraph 3 of the order entered on May 22, 2007, is vacated. The court will set the remaining briefing schedule by further order.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge