# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LIMITED, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES**, | * | (Filed July 10, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Plaintiffs' Request for RCFC 16 Conference filed on June 28, 2007,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 16(b), a status conference shall be held at 11:00 a.m. on Wednesday, July 18, 2007, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by July 13, 2007, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge