# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, *et al.*,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES**, * (Filed July 18, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. Fact discovery with respect to the claims of Tamerlane, Limited, and Park Terrace East Limited, shall be completed by October 31, 2007.

2. A subsequent status conference shall be held at 3:00 p.m. on Tuesday, October 16, 2007, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by October 12, 2007, if he wishes to participate by telephone conference call to be placed by the court. Counsel shall be prepared to discuss the progress of fact discovery, the preparation of expert reports, and the feasibility of setting a trial date.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge