**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

TAMERLANE, LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

and

PARK TERRACE LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

PARK TERRACE EAST LIMITED,
a limited partnership,
P.O. Box #264
511 Grove Ave.
Mohnton, PA 19540

and

MULLICA WEST LIMITED,
a limited partnership,
704 G East Main Street
Moorestown, New Jersey 08057

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 05-677C
(Judge Christine O.C. Miller)

**JOINT STATUS REPORT**

Pursuant to this Court's Order filed June 25, 2007, plaintiffs, Mullica West Limited and Park Terrace Limited ("Plaintiffs") and defendant, United States of America (the "Government"), hereby file this joint status report.

On or about July 27, 2007, the Government responded to plaintiffs' request for production of documents relating to the matters referenced in the Court's Order of June 25, 2007.

The Government produced the responsive documents contained in the project files for the projects to which plaintiffs' claims pertain. The documents produced included internal agency communications which included documents plaintiffs believe support their contention that the statute of limitations was not triggered until suit began. The Government does not believe that these documents support this contention.

However, the Government also objected to requests seeking internal agency documents reflecting the administration and execution of the incentive program generally, but not otherwise included among the documents produced from the project files. Plaintiffs believe such documents should be produced, since they may further bolster plaintiffs' contentions concerning the accrual of the statute of limitations. Defendant believes, for reasons stated in greater detail in its response to plaintiffs' request, that such documents are irrelevant and beyond the scope of discovery permitted by the June 25, 2007 Order, which authorized document discovery "limited to the remaining transaction."

After discussion by the parties, the Government has stated that, as an accommodation and without waiving any objections, it will produce agency instructions and operational procedures governing incentives, for the period 1988-93 inclusive. Plaintiffs are hopeful this will resolve the discovery objection without the need to seek the Court's intervention.

Plaintiffs do not anticipate the need for depositions in connection with the further elaboration of their position on the jurisdictional issue. Plaintiffs respectfully request that the Court establish a schedule for further briefing on the jurisdictional issue, timed to allow plaintiffs to receive and review the documents the Government intends to produce and to seek the Court's intervention concerning any withheld documents should that be necessary.

Respectfully submitted,

COZEN O'CONNOR

H. ROBERT FIEBACH
DAVID M. DORET
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs,
Tamerlane, Limited, Park Terrace Limited, Park Terrace East Limited and Mullica West Limited

Dated: August 15, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

PHILADELPHIA\3295566\1 164980.000