# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed Oct. 24, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held on October 23, 2007, with respect to pending matters in all four cases,

**IT IS ORDERED**, as follows:

1. Park Terrace Limited and Mullica West Limited:

1) By November 15, 2007, plaintiffs shall file their supplemental jurisdictional opposition.

2) By December 6, 2007, defendant shall file its reply.

3) Argument will be held at 3:00 p.m. on Friday, December 14, 2007, in the Howard T. Markey National Courts Building.

2. Tamerlane, Limited and Park Terrace East Limited:

1) By November 14, 2007, defense counsel shall make available to plaintiffs' counsel the methodology employed in global settlements in similar cases, unless he cannot obtain consent from the affected parties plaintiff to do so.

2) By November 30, 2007, plaintiffs shall file either a notice that these two cases are proceeding to settlement or a partial motion for summary judgment on liability.

3) If plaintiffs file a dispositive motion, defendant shall respond by January 11, 2008.

4) If defendant files an opposition and cross-motion on January 11, 2008, plaintiffs shall file their opposition and reply by January 18, 2008.

5) If defendant files only an opposition, plaintiffs shall reply by January 18, 2008.

6) If defendant cross-moves, defendant shall reply to plaintiffs' opposition by January 25, 2008.

7) Plaintiffs shall deliver to defendant their expert report on damages by November 30, 2007.

8) Defendant shall deliver to plaintiffs its expert report on damages by December 21, 2007.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge