IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAMERLANE, LIMITED, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-677C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including November 14, 2007, within which to take the deposition of Bart Axelrod, President of Bala Realty, the general partner of the plaintiff partnerships. Fact discovery is currently required to be completed by October 31, 2007. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel has authorized us to state that plaintiffs do not oppose this motion.

Mr. Axelrod's deposition was scheduled to be conducted, pursuant to notice, on October 31, 2007, in Philadelphia, PA. However, because of various other litigation responsibilities, Government counsel is unable to adequately prepare for and take the deposition on that date. In particular, in A.A.B Joint Venture v. United States, No. 04-1719C, and consolidated cases, Government counsel has been occupied with the preparation of a reply, filed on October 29, 2007, in support of a substantive motion; review of expert reports, due November 1, 2007; and the preparation of a response to a summary judgment motion, due November 2, 2007. Government counsel had hoped that by the beginning of this week all of these tasks would be sufficiently advanced so as to allow the taking of Mr. Axelrod's deposition in this case on October 31, 2007. However, the time Government counsel has been required to devote to these tasks over the past week has been greater than anticipated.

Government counsel has conferred with plaintiffs' counsel concerning the postponement of Mr. Axelrod's deposition, and the latter has agreed to reschedule the deposition to November 14, 2007.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

October 30, 2007