**CERTIFICATE OF SERVICE**

I, David M. Doret, Esquire, hereby certify that a true and correct copy of the foregoing Supplemental Memorandum of Plaintiffs, Mullica West Limited and Park Terrace Limited, in Opposition to Defendant's Motion for Judgment on the Pleadings was served, via electronic filing on the 15th day of November, 2007 on the following:

Shalom Brilliant, Esquire
Senior Trial Counsel
Commercial Litigation Branch Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530

Counsel for Defendant, United States of America

__s/David M. Doret__________________
David M. Doret, Esquire