**EXHIBIT 3**


PHILADELPHIA
CAMDEN
Subject
PHILADELPHIA
CAMDEN
AND VICINITY
EXPLANATION OF MAP SYMBOLS
Toll Highways
Other Divided Highways
Principal Through Routes
Other Important Routes
Connecting Streets and Roads
Rapid Transit Line and PATCO
PENNSYLVANIA
NEW JERSEY
Delaware
COLLINGSWOOD
HADDONFIELD
WOODBURY
LINDENWOLD
BRISTOL
BURLINGTON
Levittown
Glassboro
Pitman
Moorestown
Cherry Hill
Abington
Jenkintown
Cheltenham
LANSDOWNE
YEADON
DARBY
To Salem
To Bridgeton
To Vineland
To Atlantic City


Chews Landing
Hi-Nella
Stratford
Gibbsboro
Laurel Springs
Clementon
Pine Hill
Pine Valley
Berlin Bor
Lakeland
Grenloch
Albion
Erial
Turnersville
Subject
Sicklerville
MAGNOLIA
LINDENWOLD
West Collingswood

**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07






**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07





**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07





**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07





**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07



Neighboring House on Chews Landing Road


Subject
READING
HARRISBURG
LANCASTER
ALLENTOWN
BETHLEHEM
WILMINGTON
CHESTER
YORK
Pottstown
Phoenixville
Coatesville
West Chester
Lebanon
Hanover
Columbia
Ephrata
Kutztown


Subject
19607
19602
19611
19608
Pennwyn Park
Manor
Montrose
Colonial Hills
Freemanville
Sheerlund Forests
CUMRU
Fritz Island
Ridgewood Hill
Klapperthal Junction
Poplar
Cacoosing
Lincoln Park
SCHUYLKILL RIVER
PHILADELPHIA AVE
MORGANTOWN RD
LANCASTER PIKE
WYOMISSING
EXPRESSWAY
BROADCASTING RD
VAN REED RD
STATE HILL RD
EVANS HILL RD
FRITZTOWN
GRINGS HILL RD
CAMBRIDGE
MUSEUM RD