SUBJECT: PARK TERRACE EAST APARTMENTS
BORO OF MOHNTON, BERKS COUNTY, PA
Photos Taken 11/26/07





SUBJECT: PARK TERRACE EAST APARTMENTS
BORO OF MOHNTON, BERKS COUNTY, PA
Photos Taken 11/26/07





SUBJECT: PARK TERRACE EAST APARTMENTS
BORO OF MOHNTON, BERKS COUNTY, PA
Photos Taken 11/26/07





Common Laundry Room

SUBJECT: PARK TERRACE EAST APARTMENTS
BORO OF MOHNTON, BERKS COUNTY, PA
Photos Taken 11/26/07



2 BR Condominium Complex adjoining the Subject



48 Unit Park Terrace Complex – "Adjoins"

SUBJECT: PARK TERRACE EAST APARTMENTS
BORO OF MOHNTON, BERKS COUNTY, PA
Photos Taken 11/26/07



Neighborhood Home



Neighborhood Twin Homes

**EXHIBIT 4**

## RESUME – BRUCE J. COIN

**Bruce J. Coin** is 61 years old and active on a full time basis as Senior Managing Director of U. S. Realty Capital and Senior Vice President of Pro-Gressive Mortgage Corp. headquartered in Philadelphia, Pennsylvania. U.S. Realty Capital is a division of Philadelphia Private Capital, L.L.C. and Pro-Gressive Mortgage is a subsidiary of Philadelphia Private Capital, L. L. C.

Bruce maintains his permanent residence in Wenonah, New Jersey, attended Temple University as an accounting major and is a U.S. Army Veteran (3/66 – 3/68). He has been active his entire adult life on a full time basis in the income property financing and appraising industry, beginning in 1968 as a loan underwriter and appraisal trainee with the then Philadelphia based firm of Latimer & Buck, a commercial mortgage banker and life company correspondent. He became the account executive for the John Hancock Mutual Life account, assisted with the Aetna Life and Casualty, New England Mutual Life and State Mutual Life accounts and helped form Fidelco Growth Investors, the area's first long term mortgage R.E.I.T.

From August 1971 to February 1972, he was the Vice President of commercial loans for the Philadelphia region for the Kardon Investment/Peoples Bond and Mortgage Co., a New York Life, Mutual of New York, and Aetna Life correspondent. In March 1972; he co-founded Pro-Gressive Mortgage with W. Bruce Buck, an Attorney, Real Estate Broker and Developer. In August of 2007 they sold Pro-Gressive Mortgage to Philadelphia Private Capital, L.L.C.

U. S. Realty Capital is a commercial mortgage banking firm that specializes in financing investment quality real estate, while providing a variety of other financial, consulting and expert services to the real estate industry. They focus on the placement of commercial mortgage financing for industrial, office, flex, retail, apartment, nursing home, mobile home park and other types of income producing properties. Their primary trade area encompasses central and eastern Pennsylvania, central and southern New Jersey and Delaware. Special situations have involved financing assignments in Maryland, Florida, Ohio, Virginia, Nevada and the U.S.V.I.

Prior to joining U.S. Realty Capital, Bruce had personally closed well over $1.5 billion of mortgage and mortgage backed permanent, interim and/or construction financings.

Financing structures utilized include first and second mortgages, immediate and forward commitments, joint ventures, participating mortgages, standby commitments, and credit enhancements (securitization) for placement in the public debt markets as investment quality, commercial mortgage backed securities. Both permanent and construction financing is offered.

Pro-Gressive Mortgage is the exclusive eastern Pennsylvania, southern New Jersey and northern Delaware correspondent of Thrivent Financial for Lutherans Insurance Company, the Great West/Canada Life Group of Insurance Companies, the Shenandoah Life Insurance Company and the Independent Order of Foresters. Past relationships include correspondencies for Reliance Standard Life, Continental American Life and Provident Mutual Life. The firm currently services over $200 million of mortgage loans for its institutional clients. They are members of the Mortgage Bankers Association of America.

Pro-Gressive was previously located in "The Woods", a 375,000 s.f. one story office complex in the dynamic Valley Forge/King of Prussia area of suburban Philadelphia. The Woods was primarily developed, owned and managed by W. Bruce Buck since its inception in 1973. Bruce Coin financed and assisted with that development. He has also personally handled foreclosures for institutional lenders, subsequently improving, managing, leasing and selling the assets. His deep experience as a lender, appraiser, borrower, developer and broker allows him a unique understanding of the many varied aspects of a transaction and benefits his clients.

**BRUCE J. COIN**

In addition to his activities with "Pro-Gressive," Bruce served on the Mantua Township, New Jersey planning board (1970 - 1976), and he periodically writes and lectures. His articles have appeared in various publications including the New York Times, The Appraisal Journal (sponsored by the American Institute of Real Estate Appraisers), The Real Estate Review (sponsored by Warren, Gorham and Lamont, and the Real Estate Institute of New York University) and the Appraisal Review Journal (sponsored by the National Association of Review Appraisers and Mortgage Underwriters). He wrote periodically for the Real Property News, the former publication for the Philadelphia Board of Realtors and Delaware Valley Chapter of the National Association of Home Builders. He currently writes a continuing column for the NJ/PA Real Estate Journal. Past articles have been accepted as testimony at congressional hearings. He has provided expert reports and services to major area law firms as well as to the prosecution division of the Pennsylvania State Board of Real Estate Appraisers.

He has taught and/or guest lectured to classes of The University of Pennsylvania's Wharton School, Temple University's Real Estate Institute, Widener College's MBA Program, the Delaware Valley chapter of the National Association of Industrial and Office Properties (NAIOP) and the lending departments of banks. He has also addressed many special interest groups including the Philadelphia and Pittsburgh Chapter's of the M.A.I. and SRA, a National Convention of the C.C.I.M., a National Convention of the University of Shopping Centers and a National Convention of the National Association of Review Appraisers and Mortgage Underwriters. He was on the editorial review board of the Appraisal Review Journal, (1989 - 1993). He pioneered and developed the early forms of third party, credit enhanced, tax exempt, commercial mortgage backed securities, for sale in the public debt markets.

In 2003, he developed and wrote a 4-hour Continuing Education Course entitled "Permanent Financing Income Property Loans". The course was approved for continuing education credit by the PA Real Estate Commission, the PA Board of Real Estate Appraisers and by the Delaware Real Estate Commission. Classes were taught in 2003, 2004 and 2006.

Detailed lists of his published articles and past teaching and speaking engagements are enclosed.

| | |
|---|---|
| Appraisal Licenses: | State of PA. #GA 000737-L – Expires 06/30/09<br>State of N.J. #RG 001579 – Expires 12/31/07<br>State of CA #AG 042741 - Expires 06/21/09 |
| Approved Contractor: | Expert Witness Services, Bureau of Finance & Operations, Department of State, Commonwealth of Pennsylvania |
| Current Member: | PA Council of Real Estate Appraisers, Treasurer 2004 through 2006. |
| | Mortgage Bankers Association (through U.S. Realty Capital) |
| | Listed with TASA Expert Witness Services |
| | Philadelphia Chapter, Business Economists |
| Former Member: | Wenonah, NJ Elementary School Board (4/00 – 8/01) |
| | Co-Chair, Finance Committee, Philadelphia Crime Prevention Association (7/98 – 6/00) |
| | Manuta Twp., N.J. Planning Board<br>Chairman Minor Subdivision Committee (01/71 – 12/76) |

BRUCE J. COIN

Teaching Experience:

| | |
|---|---|
| 2003 - 2007: | Guest lecturer, Real Estate Law and Finance Course, University of Pennsylvania's Wharton School |
| Fall '03/Fall '06: | Instructor, Permanent Financing Income Property Loans, a Continuing R.E. Broker and R.E. Appraiser Education Course, Villanova University |
| April 1992: | "Appraisal Review Seminar" Co-lecturer to all day seminar in Philadelphia, PA. Reviewing residential, multi-family and commercial appraisals. Sponsored by the National Association Of Review Appraisers and Mortgage Underwriters. (NARA/MU) |
| December 1990: | "Reviewing Income Property Appraisals w/Emphasis On Shopping Centers and Apartments An all day lecture as part of a two day seminar for AmSouth Bank, Birmingham, AL. Sponsored by the NARA/MU |
| February 1989: | "Commercial Loan Underwriting/Appraisal Review" A 1 hour seminar as part of a local 2 day seminar of NARA/MU - Newark, N.J. |
| October 1988: | "A Different Approach To Commercial Underwriting" A 2 hour seminar as part of the National Convention of NARA/MU - Palm Springs, CA. |
| April 1984: | "Joint Venture Financing & Appraising" A 1 hour seminar as part of a local 2 day seminar of NARA/MU - Philadelphia, PA. |
| January 1982: | Guest member of the faculty - 2 hour seminar on "Government Assisted Commercial Funding"-University of Shopping Center's (I.C.S.C.) National Convention -Atlanta, GA. |
| October 1981: | Guest speaker to M.B.A. finance course - Weidner University, Delaware Co., PA. |
| July 1980: | "Understanding Tax Free Financing" A 2 hour seminar as part of a 2 day national convention of the C.C.I.M., Hershey, PA. |
| 1980-1990: | Guest lecturer various real estate finance courses, Temple Univ. Real Estate Institute. |

Significant Lectures:

| | |
|---|---|
| June 1994: | Guest panelist to Appraisal Seminar of The Appraisal Institute/Harrisburg, Pa |
| April 1994: | Guest lecturer to morning seminar of Delaware Valley Chapter of N.A.I.O.P. |
| November 1992: | Guest panelist to morning seminar of the Commercial Industrial and Investment Committee of the East Montgomery County Association of Realtors |
| October 1990: | Guest panelist to an all day educational seminar of the Delaware Valley S.I.O.R. "Real Estate Financing In The 1990's" |
| January 1990: | Guest speaker to a luncheon meeting of the Delaware Valley S.I.O.R. - The 1990 Financing Market |
| May 1988: | Guest speaker to annual joint dinner meeting of the Philadelphia Chapters of the M.A.I. and S.R.E.A., Philadelphia, PA. |
| October 1985: | Guest speaker to monthly dinner meeting of the Delaware Valley Chapter of the Institute Of Real Estate Management. |
| September 1980: | Guest speaker to monthly dinner meeting of the Society of Savings and Loan Officers of the Delaware Valley. |
| April 1980: | Guest speaker to annual joint dinner meeting of the Pittsburgh Chapters of the M.A.I. and S.R.E.A., Pittsburgh, PA. |
| June 1979: | Guest speaker to annual joint dinner meeting of the Philadelphia Chapters of the M.A.I. and S.R.E.A., Philadelphia, PA. |
| Varied: | Guest speaker to many other lunch or dinner meetings of local Realty Boards, Law Firms, Builder's Associations, Investment Clubs and similar Trade Groups. |

BRUCE J. COIN

**PUBLISHED ARTICLES:**

**THE APPRAISAL JOURNAL:** "Valuing With Tax Free Finance" - April 1980 The Appraisal Journal is a quarterly publication of the Appraisal Institute formerly The American Institute of Real Estate Appraisers (M.A.I.)

**THE APPRAISAL REVEIW JOURNAL:**

1. "Reviewing The Vacant Land Appraisal" a 16 page guide for the review appraiser. Published by NARA/MU in November 1992.
2. "A Different Approach To Underwriting Commercial Property Loans" - Winter 1989 edition. The Journal is a quarterly publication of NARA/MU.

**COMMERCIAL REALTY REVIEW:** Your Lending Questions Answered – September 2002

**THE NEW YORK TIMES:** "Tax Free Finance" – April 5 ,1981 – Business Section Article

**THE REAL ESTATE REVIEW:**

1. "Getting A Rating For Your Tax Exempt Development Bond" - Summer 1983 edition.
2. "Real Estate Financing" - Fall 1979 edition.
3. "Valuing Real Estate Subject To Tax Free Financing" - Summer 1979 edition.

The Real Estate Review was a quarterly publication of Warren, Gorham and Lamont and The Real Estate Institute of New York University.

**REAL PROPERTY NEWS:** Various articles on appraising and finance on a continuing basis 1970 - 1990. The Real Property News was a bi-monthly Delaware Valley publication jointly sponsored by the Philadelphia Board of Realtors and the Suburban Home Builders Association.

**NJ/PA R.E. JOURNAL:** Articles on a continuing monthly basis beginning in June 2005 entitled "The Current Commercial Mortgage Market." Varied discussion on aspects of interest rates, mortgaging, appraising and the economy impacting income property finance. Circulation ±30,000.

**TRI-STATE REAL ESTATE JOURNAL:** Various articles on appraising and finance in the late 1980's. The Tri-State Real Estate Journal was a privately owned bi-monthly real estate publication generally serving the tri-state area of PA., N.J., and DE.

**EXPERT REPORTS/ TESTIMONY:**

| DATE | CLIENT | CASE |
|---|---|---|
| 1999 | Pro-Gressive Mortgage Corp | Pro-Gressive Mortgage Corp. vs. Pitcairn Properties Inc. |
| 01/03/02 | Wolf, Bloch, Schoor & Solis-Cohen | A.M. Greenfield vs. Wolf, Bloch, Schoor & Solis-Cohen |
| 10/04/02 | Mesne Properties Inc. & St. John Realty | Mesne Properties Inc. & St. John realty vs. Penn Mutual Ins. Co. |
| 04/06/03 | MediMedia USA, Inc. | 275 Phillips Assoc., L.P. vs. MediMedia Inc. |
| 02/17/04 | Tinicum Developers | Tinicum & Ramada vs. Sunoco Pipeline, L.P. |
| 2004-current | PA Attorney General's Office State Board of Appraisers | Various |
| 9/02/04-current | Princeton Park LLC | Princeton Park LLC vs. NationDirect |

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAMERLANE, LTD., ET AL., Plaintiffs, | ) | |
| v. | ) | Docket No.: 05-677C |
| UNITED STATES, Defendant. | ) | |

Pages: 1 through 28

Place: Washington, D.C.

Date: July 18, 2007

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

addressed by summary judgment? That's how you see it? You don't see it wrapped into our trial?

MR. DORET: Well, I see it that the government is bound by prior rulings with respect to the breach issues and that therefore --

THE COURT: Well, the government *is* bound by these rulings. I have no problem with saying Franconia binds them. What the government would have to do through its fact discovery is cut out some issue that was not covered by Franconia, and until it does that, I really do not want to invite more briefing.

You don't need to brief the issue of the fact that Franconia controls. It will be the government's burden to make a showing. And I expect to learn about it on October 4 or at the conclusion of fact discovery, what that issue might be. I really don't want any more dispositive motions in this case.

MR. DORET: Thank you, Your Honor. That's a very helpful clarification.

MR. BRILLIANT: Your Honor, if I might get a clarification to the clarification? In talking about Franconia controls, which Franconia? Are we talking about the Supreme Court decision or Judge Allegra's decision? The Supreme Court decision dealt with statute of limitations, and we all agreed that that

to say, but I'd rather avoid a motions practice. My inclination is to set this case for trial and include any liability issues in with damages issues and write an opinion comprehensive of both in which you're free to argue why Judge Allegra was wrong despite the fact you just settled over 100 cases.

MR. BRILLIANT: Well, of course, Your Honor, when we settled, it's the compromised --

THE COURT: I know. Believe me I know, but I find it amusing that if we have values as you say coming out in a wash of those many cases you just settled, they dwarf what's involved here number one, and number two, holding out Custer's last stand for two cases when liability with respect to such a great number has already been compromised is peculiar, but it's certainly within your prerogative to do it. You've done peculiar things before.

MR. BRILLIANT: Again, it's not that we're unwilling to compromise. What we're not willing to do is to agree that liability is established. I mean, the Court obviously can decide it is, and the Court decides, but that's not our view.

THE COURT: You can reargue anything you want.

MR. BRILLIANT: I had one other just