**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-677C<br>(Judge Christine O.C. Miller) |

**MOTION OF PLAINTIFFS, TAMERLANE LIMITED AND PARK TERRACE EAST LIMITED, FOR LEAVE TO FILE PAGES INACCURATELY SCANNED**

This Motion is respectfully submitted by Tamerlane Limited ("Tamerlane") and Park Terrace East Limited ("Park Terrace East") (collectively "Moving Plaintiffs") for leave to file a new Appendix, to correct several pages that were garbled and/or missing in the Appendix of the Motion for Partial Summary Judgment as to Liability filed on November 30, 2007.

In support of this Motion, Moving Plaintiffs rely on the following:

1. On November 30, 2007, Moving Plaintiffs filed electronically a Motion for Summary Judgment as to Liability [doc # 57]. The Appendix to the Motion consisted of 183 pages.

2. Due to a scanning error, pages 58, 122, 124, 125 and 182 in the electronically filed Appendix were garbled and/or missing. A corrected Appendix, without the garbled pages, is attached hereto as Exhibit A.

4. Counsel for Defendant does not oppose this motion.

WHEREFORE, Moving Plaintiffs respectfully request that the Court grant them leave to file the corrected Appendix, attached as Exhibit A.

Respectfully submitted,

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

**Filed Electronically**

Dated: December 4, 2007

**CERTIFICATE OF SERVICE**

I, H. Robert Fiebach, Esquire, hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion of Plaintiffs, Tamerlane Limited and Park Terrace East Limited, for Leave to File Pages Inaccurately Scanned was served, via electronic filing on the 4th day of December, 2007 on the following:

Shalom Brilliant, Esquire
Senior Trial Counsel
Commercial Litigation Branch Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530

Counsel for Defendant, United States of America

**s/ H. Robert Fiebach**
H. Robert Fiebach, Esquire

Exhibit A