**EXHIBIT 3**


PHILADELPHIA
CAMDEN
AND VICINITY
EXPLANATION OF MAP SYMBOLS
Subject
PHILADELPHIA
CAMDEN
GLOUCESTER CITY
COLLINGSWOOD
HADDONFIELD
WOODBURY
LINDENWOLD
BELLMAWR
BRISTOL
BURLINGTON
Levittown
Willingboro
Riverside
Moorestown
Cherry Hill
Pennsauken
Merchantville
Maple Shade
Jenkintown
Abington
Cheltenham
Conshohocken
Upper Darby
LANSDOWNE
YEADON
DARBY
Glassboro
Pitman
Runnemede
Stratford
Berlin
Pine Hill
Williamstown
New Brooklyn
Cedar Grove
Swedesboro
Delaware
To Atlantic City


Subject
Chews Landing
Gibbsboro
Pine Hill
Pine Valley
Berlin Bor
Lakeland
Grenloch
Turnersville
Erial
Albion
Sicklerville
Glendora
Hi-Nella
Stratford
Lindenwold
Clementon
Magnolia
West Collingswood
Points of Interest
Schools
Atlantic City Expressway

**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07






**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07



