**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07





SUBJECT: TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07





**SUBJECT:** TAMERLANE APARTMENTS
SICKLERVILLE, NJ
Photos Taken 11/26/07



Neighboring House on Chews Landing Road



ALLENTOWN
BETHLEHEM
READING
Subject
LANCASTER
HARRISBURG
YORK
WILMINGTON
CHESTER
NORRISTOWN
Pottstown
Phoenixville
West Chester
Coatesville
Lebanon
Hanover
Pottsville
Columbia
Strasburg
Susquehanna
MASON AND DIXON LINE


Subject
19602
19607
19611
19608
Poplar
SCHUYLKILL
RIVER
Fritz Island
MORGANTOWN RD
PHILADELPHIA AVE
Freemanville
Sheerlund Forests
CUMRU
Pennwyn
Montrose
Colonial Hills
Cacoosing
Lincoln Park
WYOMISSING
EVANS HILL RD
STATE HILL RD
GRINGS HILL RD
FRITZTOWN RD
LANCASTER PIKE
EXPRESSWAY
RIDGEWOOD