**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TAMERLANE LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED, | : | |
| Plaintiffs, | : | |
| v. | : | No. 05-677C<br>(Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION OF PLAINTIFFS TAMERLANE LIMITED AND PARK TERRACE EAST LIMITED FOR ENLARGEMENT OF TIME**

Plaintiffs, Tamerlane Limited and Park Terrace East Limited ("Moving Plaintiffs"), respectfully request an enlargement of time of fourteen (14) days, to and including February 1, 2008, to reply to defendant's opposition to Moving Plaintiffs' Motion for Summary Judgment and to file their opposition to defendant's Cross Motion for Summary Judgment. The deadline originally imposed by the Court to file the reply and the opposition was January 18, 2008. Defendant secured a three (3) business day extension of its deadline to respond to Moving Plaintiffs' Motion for Summary Judgment, and to file its Cross Motion for Summary Judgment, which would otherwise have been due on January 11, 2008. As a result, defendant filed its Opposition and Cross Motion on January 16, 2008. In securing that extension, the parties inadvertently neglected to correspondingly roll forward the deadline for Moving Plaintiffs' reply and opposition. Had that been done, Moving Plaintiffs' reply and opposition would have been due on January 24, 2008. Moving Plaintiffs request the additional eight (8) days, to February 1, 2008, in view of the importance of the issues and because of pending deadlines in other cases as well as intervening professional travel.

At the same time, Plaintiffs request that the deadline for defendant to reply to plaintiffs' opposition to its Cross Motion for Summary Judgment, which would otherwise have been due on January 25, 2008, be extended for a comparable period to an including February 8, 2008, thus preserving the one week interval as previously scheduled by the Court.

This is the first request for an enlargement of time by Moving Plaintiffs for this purpose. Counsel to defendant has authorized the undersigned to state that defendant does not oppose this Motion.

For the foregoing reasons, Moving Plaintiffs respectfully request that their Motion for an Enlargement of Time be granted.

Respectfully submitted,

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs and the Responding Parties on the Motion, Park Terrace Limited and Mullica West Limited

**Filed Electronically**

Dated: January 18, 2008

**CERTIFICATE OF SERVICE**

I, David M. Doret, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time of Responding Plaintiffs, Tamerlane Limited, and Park Terrace Limited was served upon counsel for Defendant, United States of America, via electronic filing on the 18th day of January, 2008 on the following:

SHALOM BRILLIANT, ESQUIRE
Senior Trial Counsel
Commercial Litigation Branch Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530

Attorney for Defendant

**s/ David M. Doret**
David M. Doret

PHILADELPHIA\3513508\1 164980.000