# In the United States Court of Federal Claims

**No. 05-677 C**

**TAMERLANE LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, AND MULLICA WEST LIMITED,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Supplemental Opinion and Order on Motion for Judgment on Pleadings to Dismiss for Lack of Jurisdiction and Plenary Opinion on Motion to Dismiss on Merits, filed February 29, 2008, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that as to plaintiffs Park Terrace Limited and Mullica West Limited the complaint is dismissed, without prejudice for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is in favor of defendant and Count II of the complaint is dismissed as to all four plaintiffs.

No costs.

John S. Buckley
Acting Clerk of Court

**March 3, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.