# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed Mar. 17, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs on March 14, 2008, filed a Motion To Amend Judgment, Pursuant to RCFC 59, of Moving Plaintiffs Park Terrace Limited and Mullica West Limited. Accordingly, pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

1. Defendant shall respond by March 26, 2008.

2. The court will rule without a reply.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge