COZEN
O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET PHILADELPHIA, PA 19103-3508 215.665.2000 800.523.2900 215.665.2013 FAX www.cozen.com

May 8, 2008

**David M. Doret**
**Direct Phone 215.665.3716**
**Direct Fax 215.701.2416**
**ddoret@cozen.com**

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20005

Dear Sir or Madam:

We enclose two copies of the following documents for docketing on behalf of appellants: (1) Transcript Purchase Order; and (2) a Certificate of Service. Kindly file the original and return a time-stamped copy in the enclosed self-addressed stamped envelope. Please let me know if you have any questions.

Respectfully,

COZEN O'CONNOR

By: David M. Doret

DMD/bsk
Enclosures

cc: Shalom Brilliant, Esquire, counsel for appellee (*via e-mail*)
Clerk, U.S. Court of Federal Claims (*via ECF*)
Heritage Reporting Corporation (*via first class mail*)

**FORM 22. Transcript Purchase Order**

# United States Court of Appeals for the Federal Circuit

Tamerlane Limited ) Appeal from ☐ U.S. Discrict Court for ____________

☐ Court of International Trade

☑ Claims Court

—VERSUS— ) TRIAL COURT NO. 05-cv-00677

US ) CIRCUIT COURT NO. 2008-5071

TRANSCRIPT PURCHASE ORDER

(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

---

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL. When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:

( ) A transcripts is not needed for the appeal

(✓) A transcript is already on file

( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

( ) Private Funds

( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED [signature] DATE 5/8/08 COUNSEL FOR Appellants

ADDRESS 1900 Market Street

TELEPHONE 215-665-3716

---

PART II - TO BE COMPLETED BY THE COURT REPORTER

2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.

Date Purchase Order received: ____________

Estimated completion date: ____________

Estimated number of pages: ____________

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

____________________

Signature and Date

Telephone ____________

---

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.

(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed. ________ volumes of transcript have been filed with the Trial Court today.

____________________ Date

____________________ Signature

Reset Fields

**CERTIFICATE OF SERVICE**

I, David M. Doret, hereby certify that I caused a true and correct copy of the foregoing Transcript Purchase Order to be filed with the Court via Federal Express, three copies to be served upon Heritage Reporting Corporation, 1220 L Street NW, Suite 600, Washington, D.C. 20005 by first class mail, a copy to be served upon counsel for Defendant, United States of America via electronic mail, and a copy to be served upon the Clerk of Court for the United States Court of Federal Claims via the ECF filing system, all on the 8th day of May, 2008.

David M. Doret