IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TAMERLANE, LIMITED, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-677C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Memorandum Opinion and Order of May 8, 2008, the parties respectfully submit this Joint Status Report proposing a deadline for discovery on damages and a schedule for all pretrial proceedings and trial.

1. Discovery concerning damages shall be completed on or before July 31, 2008. Both parties reserve the right to amend their respective expert reports by a deadline to be mutually agreed upon consistent with the schedule established herein.

2. A meeting of counsel in accordance with RCFC Appendix A, ¶ 13, shall be conducted on or before August 5, 2008. A certification concerning this meeting, in accordance with Appendix A, ¶ 13(d), shall be filed on or before August 6, 2008.

3. Plaintiffs shall file their Memorandum of Contentions of Fact and Law in accordance with Appendix A, ¶ 14(a), and their witness and exhibit lists in accordance with Appendix A, ¶¶ 15 and 16, on or before August 14, 2008.

4. Defendant shall file its Memorandum of Contentions of Fact and Law in accordance with Appendix A, ¶ 14(b), and its witness and exhibit lists in accordance with Appendix A, ¶¶ 15 and 16, on or before September 5, 2008.

5. The parties propose that the final pretrial conference be held during the week of September 15, 2008, and that trial be scheduled for the week of September 22, 2008. The parties note that, because of the Jewish New Year and other Jewish religious holidays between September 30 and October 22, 2008, the week of September 22, 2008, is the latest practical time in which to schedule trial prior to late October 2008.

6. The parties propose that trial be held in Philadelphia, Pennsylvania.

Respectfully submitted,

COZEN O'CONNOR

H. Robert Fiebach/DD

H. ROBERT FIEBACH
DAVID M. DORET
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

May 23, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**