# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed June 3, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Joint Status Report filed on May 23, 2008,

**IT IS ORDERED**, as follows:

1. All discovery relating to damages shall be completed by July 31, 2008.

2. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by August 5, 2008.

3. Plaintiffs' filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by August 14, 2008. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by September 5, 2008.

4. The pretrial conference shall be held at 2:00 p.m. on Tuesday, October 21, 2008, in the Howard T. Markey National Courts Building.

5. Trial, not to exceed five days, shall commence at 10:00 a.m. on Monday, October 27, 2008, in the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge