# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed June 16, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the parties' telephonic request of June 11 and 12, 2008,

**IT IS ORDERED**, as follows:

1. Paragraph 4 of the order entered on June 3, 2008, is modified insofar as the pretrial conference shall be held at 2:00 p.m. on Thursday, November 13, 2008.

2. Paragraph 5 of the order entered on June 3, 2008, is modified only insofar as trial shall commence on Monday, December 1, 2008.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge