**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TAMERLANE, LIMITED, et al., Plaintiffs, | : | No. 05-677C (Judge Christine O.C. Miller) |
| v. | : | |
| UNITED STATES OF AMERICA, Defendant. | : | |

**UNOPPOSED MOTION OF PLAINTIFFS TO AMEND**
**JUNE 3, 2008 SCHEDULING ORDER**

Plaintiffs, Tamerlane Limited and Park Terrace East Limited (collectively "Plaintiffs"), hereby submit this unopposed motion to the Court for amendment of the Court's June 3, 2008 Order, scheduling pre-trial deadlines, and in support of this unopposed motion aver as follows:

1. On May 8, 2008, the Court granted Plaintiffs' motion for summary judgment as to liability. In doing so, the Court ordered the parties to submit a Joint Status Report by May 23, 2008 proposing a pre-trial schedule for all pre-trial proceedings with respect to the trial on damages, with that trial to begin no later than October 6, 2008.

2. On May 23, 2008, the parties submitted a Joint Status Report, proposing a pre-trial schedule with a trial date during the week of September 22, 2008, which was the latest practical time (in view of religious holidays) for trial to be scheduled consistent with the Court's outside date for trial.

3. On June 3, 2008, the Court entered the pre-trial schedule, which provided for a discovery cutoff of July 31, 2008 and other pre-trial deadlines consistent with the proposed September 22, 2008 trial date. However, the proposed September 22, 2008 trial date proved to

be inconvenient for the Court, and in view of various scheduling problems which prevented an earlier date, by Order dated June 16, 2008 trial was scheduled to begin on December 1, 2008, with the final pre-trial conference to be conducted on November 13, 2008.

4. As a result of the change in the trial date, there now exists a substantial interval of time between the deadlines as initially fixed and the final pretrial conference.

5. For the convenience of the parties, witnesses and counsel, and in particular experts who are submitting revised reports pursuant to the mutual reservation of the parties of the right to amend their respective expert reports contained in paragraph 1 of the May 23, 2008 Joint Status Report, plaintiffs move the Court to revise certain of the deadlines in the June 3, 2008 Order as follows:

(a) Completion of discovery relating to damages: August 29, 2008.

(b) Meeting of counsel pursuant to RCFC Appendix A ¶13: September 5, 2008.

(c) Plaintiffs' filings pursuant to RCFC Appendix A ¶¶14(a), 15 and 16: September 15, 2008.

(d) Defendant's filings pursuant to RCFC Appendix A ¶¶14(a), 15 and 16: October 10, 2008.

6. Plaintiffs are authorized by counsel for defendant to represent to the Court that defendant does not oppose the relief sought in this motion.

WHEREFORE, plaintiffs respectfully request that the Court amend the June 3, 2008 Order to adopt the revised deadlines as set forth above in paragraph 5(a)-(d).

Respectfully submitted,

COZEN O'CONNOR

**s/ H. Robert Fiebach**
H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs Tamerlane Limited and Park Terrace East Limited

**Filed Electronically**

Dated: July 3, 2008

**CERTIFICATE OF SERVICE**

I, David M. Doret, hereby certify that a true and correct copy of the foregoing Unopposed Motion of Plaintiffs to Amend June 3, 2008 Scheduling Order was filed with the Court and served upon counsel via the ECF system on the 3rd day of July, 2008.

**s/ David M. Doret**
David M. Doret

Dated: July 3, 2008