# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-677C |
| **THE UNITED STATES,** | * | (Filed July 7, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' unopposed motion filed on July 3, 2008, to amend the pretrial schedule is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the June 3, 2008, order is modified insofar as all discovery relating to damages shall be completed by August 29, 2008.

2. Paragraph 2 of the June 3, 2008, order is modified insofar as the meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by September 5, 2008.

3. Paragraph 3 of the June 3, 2008, order is modified insofar as plaintiffs' filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by September 15, 2008. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by October 10, 2008.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge