**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TAMERLANE, LIMITED, et al., | : | |
| Plaintiffs, | : | No. 05-677C (Judge Christine O.C. Miller) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION OF PLAINTIFFS TO AMEND**
**JULY 7, 2008 SCHEDULING ORDER**

Plaintiffs, Tamerlane Limited and Park Terrace East Limited (collectively "Plaintiffs") hereby submit this unopposed motion to the Court for amendment of the Court's July 7, 2008 Order, scheduling certain pre-trial deadlines, and in support of this unopposed motion aver as follows:

1. On July 7, 2008, the Court amended its prior pre-trial scheduling order, establishing certain deadlines inter alia as follows:

(a) Meeting of counsel pursuant to RCFC Appendix A ¶13: September 5, 2008.

(b) Plaintiffs' filings pursuant to RCFC Appendix A ¶¶14(a), 15 and 16: September 15, 2008.

(c) Defendant's filings pursuant to RCFC Appendix A ¶¶14(a), 15 and 16: October 12, 2008.

2. In view of the very recent completion of expert discovery, and in order to allow the parties the opportunity to absorb the expert testimony and to have more productive discussions to narrow the issues to be tried, Plaintiffs request that the Court approve certain further adjustments in the pre-trial schedule as follows:

(a) Extend by twelve (12) days the date for meeting of counsel pursuant to RCFC Appendix A ¶13, to September 17, 2008.

(b) Extend by one week the deadline for Plaintiffs' filings pursuant to RCFC Appendix A ¶¶14(a), 15 and 16, to September 22, 2008.

(c) Extend by one week the deadline for Defendant's filings pursuant to RCFC Appendix A ¶¶14(a), 15 and 16, to October 17, 2008.

3. These adjustments will not affect the scheduled final pre-trial conference or trial date.

4. Counsel for Defendant has authorized counsel for Plaintiffs to represent to the Court that Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that the Court amend the July 7, 2008 Order to adopt the revised deadlines as set forth above in paragraph 2.

Respectfully submitted,

COZEN O'CONNOR

**s/ H. Robert Fiebach**

H. ROBERT FIEBACH, ESQUIRE
DAVID M. DORET, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-4166
Fax: (215) 665-2013

Attorneys for Plaintiffs,
Tamerlane, Limited, and Park Terrace East Limited

**Filed Electronically**
**With the consent of the**
**Attorneys for Defendant**

Dated: September 9, 2008

**CERTIFICATE OF SERVICE**

I, David M. Doret, hereby certify that a true and correct copy of the foregoing Unopposed Motion of Plaintiffs to Amend July 7, 2008 Scheduling Order was filed with the Court and served upon counsel via the ECF system on the 9th day of September, 2008.

**s/ David M. Doret**
David M. Doret

Dated: September 9, 2008

PHILADELPHIA\3829460\1