# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TAMERLANE, LIMITED, PARK TERRACE LIMITED, PARK TERRACE EAST LIMITED, and MULLICA WEST LIMITED,** *

Plaintiffs, *

v. * No. 05-677C

**THE UNITED STATES,** * (Filed Sept. 10, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' unopposed motion filed on September 9, 2008, to amend the pretrial schedule is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 2 of the July 7, 2008, order is modified insofar as the meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by September 17, 2008.

2. Paragraph 3 of the July 7, 2008, order is modified insofar as plaintiffs' filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by September 22, 2008. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by October 17, 2008.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge